IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL ACTION |
| v. : | |
| : | NO. 06-204 |
| OMAR TEAGLE : | |

**ORDER**

**AND NOW**, this 13th day of November, 2020, upon consideration of the Government's Motion to Dismiss Defendant's habeas petition under 28 U.S.C. § 2255 (ECF No. 274), and Defendant's Response (ECF No. 275), it is **ORDERED** as follows:

1. The Government's Motion (ECF No. 274) is **DENIED**.

2. The Government shall file a response to Defendant's habeas petition within 14 days of the date hereof.

BY THE COURT:

*/s/ R. Barclay Surrick*
**R. BARCLAY SURRICK, J.**